# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2:12-CR-023-JCM-CWH |
| PLAINTIFF ) | |
| ) | ORDER TRANSFERRING CASE |
| vs ) | |
| MELISSA CUE ) | |
| DEFENDANT ) | |

The Court having reviewed the motion by the United States which is joined in by counsel for the defendant and good cause appearing:

IT IS HEREBY ORDERED that this case is hereby transferred to the Honorable Roger L. Hunt and to be consolidated with case no. 2:10-CR-547-RLH-GWF for the purpose of all further proceedings.

DATED March 9, 2012.

_____
UNITED STATES DISTRICT JUDGE