EICHHORN & HOO, LLC
KALANI K. HOO, ESQ.
Nevada Bar No.: 006687
1212 South Casino Center Blvd.
Las Vegas, Nevada 89104
(702) 382-8278
*Attorney for Defendant MELISSA CUE*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MELISSA CUE,

    Defendant.

2:10-CR-0547-RLH (GWF)

2:12-CR-0023-RLH (CWH)

**STIPULATION TO CONTINUE SENTENCING DATE**

(DEFENDANT'S FIRST REQUEST)

IT IS HEREBY STIPULATED AND AGREED by and between, DANIEL G. BOGDEN, United States Attorney, District of Nevada, and PATRICK WALSH, Assistant United States Attorney, representing the United States of America, Plaintiff, and KALANI HOO, representing MELISSA CUE, that the Sentencing Hearing presently set for July 16, 2012, be continued to a date after November 7th, 2012, to a date and time to be set by the Court.

This is the defendant's first request to continue the sentencing date.

This Stipulation is entered into for the following reasons:

1. That pursuant to CUE'S plea agreement, she has agreed to provide truthful testimony and information to law enforcement;

2. That an opportunity has arisen to fulfill her role in the plea agreement by testifying in a related matter;

1

3. Denial of this request for continuance would deny the parties herein time and the opportunity to effectively and thoroughly prepare the case for sentencing, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

6. The Defendant is in custody, and consents to a continuance of to a date after November 7, 2012.

DATED this 5th day of July, 2012.

DANIEL G. BODGEN
United States Attorney

   /s/ Patrick Walsh                                             /s/Kalani K. Hoo
PATRICK WALSH                                         KALANI K. HOO, ESQ.
Assistant U.S. Attorney                                Counsel for Defendant

EICHHORN & HOO, LLC
KALANI K. HOO, ESQ.
Nevada Bar No.: 006687
1212 South Casino Center Blvd.
Las Vegas, Nevada 89104
(702) 382-8278
*Attorney for Defendant MELISSA CUE*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MELISSA CUE,

    Defendant.

2:10-CR-0547-RLH (GWF)

2:12-CR-0023-RLH (CWH)

## FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. That pursuant to CUE'S plea agreement, she has agreed to provide truthful testimony and information to law enforcement, and an opportunity to testify has arisen;

2. Denial of this request for continuance would deny the parties herein time and the opportunity to effectively and thoroughly prepare the case for sentencing, taking into account the exercise of due diligence.

3. Denial of this request for continuance could results in a miscarriage of justice.

4. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

4. That this is the Parties' first request for a continuance of the sentencing.

3

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | IT IS HEREBY ORDERED that the Sentencing Hearing in the above-captioned matter |
| 3 | currently set for July 16, 2012, at 11:30 a.m., be continued to November 12, 2012 at 9:30 a.m., |
| 4 | Courtroom 6C. |
| 5 | DATED this 10th day of July, 2012. |

_____
UNITED STATES DISTRICT JUDGE